IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NOS. 05-708 AND 07-689 |
| | : |
| DONALD HOMAN | : |
| USM # 60073-066 | : |

### <u>CORRECTED</u> ORDER

AND NOW this 9th day of March, 2016, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 125 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

*Cynthia M. Rufe*
THE HONORABLE CYNTHIA M. RUFE
United States District Court Judge

cc
USMS (2)CC
US Probation (2) CC